IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL THOMAS and
ROBERT WILKIE                                                                                                           PLAINTIFFS

v.                                      Case No. 4:20-cv-1021-KGB

PFIZER, INC., et al.                                                                                                    DEFENDANTS

### ORDER

Before the Court is the status of this case. On July 9, 2021, this Court entered an Order to stay proceedings in this case pending mediation (Dkt. No. 21). The parties have filed a joint post-mediation status report (Dkt. No. 22). The parties represent that they have executed a master settlement agreement to settle this matter along with several other cases pending in federal and state courts (*Id.*). The parties represent that they anticipate it will take several months to conclude the settlement details, including completion of payment and submission of releases (*Id.*). Accordingly, the parties propose that they file another status report on January 31, 2022, to the extent the case is still pending at that time (*Id.*). For good cause shown, the Court stays this case to allow the parties to complete the master settlement agreement. The Court directs the parties to file another status report on or before January 31, 2022.

So ordered this 16th day of November, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge