# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL THOMAS and ROBERT WILKIE | PLAINTIFFS |
| v.  Case No. 4:20-cv-1021-KGB | |
| PFIZER, INC., *et al.* | DEFENDANTS |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice pursuant to Rule 41 (Dkt. No. 24). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the parties' stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Defendants' pending motion to dismiss, or in the alternative, motion for a more definite statement is denied as moot (Dkt. No. 5).

So ordered this 20th day of December, 2022.

_____
Kristine G. Baker
United States District Judge